| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA  91030 | (626) 799-9797<br>tprlaw@att.net<br>Ref. No. or File No.: | |
| ATTORNEY FOR (Name): PLAINTIFF | AMIGO TAQUERIA (3/19/05) | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE #1111
SAN FRANCISCO, CA  94102

PLAINTIFF/PETITIONER:
J&J SPORTS PRODUCTIONS, INC

DEFENDANT/RESPONDENT:
ANGULO

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV | CASE NUMBER:<br>C0801464MHP |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the

   SUMMONS & COMPLAINT; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; WELCOME TO THE U.S. DISTRICT COURT SAN FRANCISCO

3. a. Party served:    EFRAIN FONSECA ANGULO, INDIVIDUALLY AND DBA AMIGO TAQUERIA AKA EL AMIGO 2

4. Address where the party was served:   20954 MISSION BLVD.
   HAYWARD, CA  94541

5. I served the party
   b. **by substituted service.** On: May 8, 2008 at: 04:20 pm I left the documents listed in item 2
   with or in the presence of   ALFREDO FONSECA ANGULO - CO-OCCUPANT
   (2) **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.
   (5) I attach a **declaration of diligence** stating actions taken first to attempt personal service.
   under the following Code of Civil Procedure section:
   SERVICE MADE PURSUANT TO FRCP 4(e)(2)

7. **Person who served papers**
   a. M. BLISS
   b. ABSOLUTE SERVICE OF LOS ANGELES
      1301 WEST SECOND STREET, SUITE 204
      LOS ANGELES, CA 90026
   c. (213) 481-7334

   d. **The fee** for service was: $60.00
   e. I am: (3) registered California process server.
      (i) independent contractor
      (ii) Registration No.: 721
      (iii) County: ALAMEDA

8. **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 13, 2008

_M. Bliss_
M. BLISS

Judicial Council form POS-010 Rev. 01/01/07    PROOF OF SERVICE    10054-2/aspensoc

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA  91030 | (626) 799-9797<br><br>tprlaw@att.net | |
| ATTORNEY FOR (Name): PLAINTIFF | Ref. No. or File No.:<br>AMIGO TAQUERIA (3/19/05) | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE #1111
SAN FRANCISCO, CA  94102

PLAINTIFF
J&J SPORTS PRODUCTIONS, INC

DEFENDANT:
ANGULO

| DECLARATION<br>RE: DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C0801464MHP |
|---|---|---|---|---|

I received the within process on May 5, 2008 and that after due and diligent effort I have been unable to personally serve said party. The following itemization of the dates and times of attempts details the efforts made to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Party Served:   EFRAIN FONSECA ANGULO, INDIVIDUALLY AND DBA AMIGO TAQUERIA AKA EL AMIGO 2

Residence:   20954 MISSION BLVD., HAYWARD, CA 94541

Business:   Business address was not known at the time of service.

As enumerated below:

May 6, 2008   06:55 am
   NO ANSWER (RESIDENCE).
May 7, 2008   09:00 pm
   NO ANSWER (RESIDENCE), PREMISES DARK.
May 8, 2008   04:19 pm
   NOT HOME (RESIDENCE) PER ALFRED FONSECA ANGULO, CO-OCCUPANT.
May 8, 2008   04:20 pm
   SUBSTITUTED SERVICE. RECIPIENT INSTRUCTED TO DELIVER DOCUMENTS TO DEFENDANT
   AS NAMED.

Person who served papers
M. BLISS
ABSOLUTE SERVICE OF LOS ANGELES
1301 WEST SECOND STREET, SUITE 204
LOS ANGELES, CA 90026
(213) 481-7334

The fee for service was: $60.00
I am: registered California process server.
   independent contractor
   Registration No.: 721
   County: ALAMEDA

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 13, 2008

_M. Bliss_
M. BLISS

Judicial Council form POS-010

**DECLARATION REGARDING DILIGENCE**

10054-2/asdc

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA 91030 | (626) 799-9797<br>tprlaw@att.net<br>Ref. No. or File No.: | |
| ATTORNEY FOR (Name): PLAINTIFF | AMIGO TAQUERIA (3/19/05) | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE #1111
SAN FRANCISCO, CA 94102

PLAINTIFF/PETITIONER
J&J SPORTS PRODUCTIONS, INC

DEFENDANT/RESPONDENT
ANGULO

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C0801464MHP |
|---|---|---|---|---|

I am a citizen of the United States and employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1301 West Second Street, Suite 204, Los Angeles, CA 90026.

On **May 9, 2008**, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

SUMMONS & COMPLAINT; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; WELCOME TO THE U.S. DISTRICT COURT SAN FRANCISCO

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at LOS ANGELES, California, addressed as follows:

EFRAIN FONSECA ANGULO, INDIVIDUALLY AND DBA AMIGO TAQUERIA AKA EL AMIGO 2
20954 MISSION BLVD.
HAYWARD, CA 94541

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at LOS ANGELES, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Person who served papers
M. MANCHESTER
ABSOLUTE SERVICE OF LOS ANGELES
1301 WEST SECOND STREET, SUITE 204
LOS ANGELES, CA 90026
(213) 481-7334

The fee for service was: $60.00
I am: registered California process server.
  employee
  Registration No.: 5211
  County: LOS ANGELES

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 13, 2008

_M. MANCHESTER_

Judicial Council form POS-010

PROOF OF SERVICE BY MAIL

10054-2/sscpmail