| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA 91030 | (626) 799-9797<br><br>tprlaw@att.net<br>Ref. No. or File No.| |
| ATTORNEY FOR (Name): PLAINTIFF | AMIGO TAQUERIA (3/19/05) | |

insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE #1111
SAN FRANCISCO, CA 94102

PLAINTIFF/PETITIONER:
J&J SPORTS PRODUCTIONS, INC

DEFENDANT/RESPONDENT:
ANGULO

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER: |
|---|---|---|---|---|
| | | | | C0801464MHP |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the

   SUMMONS & COMPLAINT; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; WELCOME TO THE U.S. DISTRICT COURT SAN FRANCISCO

3. a. Party served:   ALFREDO FONSECA ANGULO, INDIVIDUALLY AND DBA AMIGO TAQUERIA AKA EL AMIGO 2

4. Address where the party was served:   20954 MISSION BLVD.
   (Residence)   HAYWARD, CA 94541

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on:   May 8, 2008 at: 04:20 pm
   under the following Code of Civil Procedure section:
      SERVICE MADE PURSUANT TO FRCP 4(e)(2)

7. **Person who served papers**
   a. M. BLISS
   b. ABSOLUTE SERVICE OF LOS ANGELES
      1301 WEST SECOND STREET, SUITE 204
      LOS ANGELES, CA 90026
   c. (213) 481-7334

   d. **The fee** for service was: $80.00
   e. I am: (3) registered process server.
      (i) independent contractor
      (ii) Registration No.: 721
      (iii) County: ALAMEDA

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 13, 2008

_____
M. BLISS

Judicial Council form POS-010 Rev. 01/01/07              PROOF OF SERVICE                              10054-1/asge-p