Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Alfredo Fonseca Angulo, et al. <br><br> Defendants. | Case No. CV 08-1464 MHP <br><br> NOTICE OF VOLUNTARY DISMISSAL |

**NOTICE IS HEREBY GIVEN**, that, Plaintiff voluntarily dismisses *with prejudice* the following Defendants: **Alfredo Fonseca Angulo and Efrain Fonseca Angulo, individually and d/b/a Amigo Taqueria a/k/a El Amigo 2**, and the above-entitled action in its entirety.

This Dismissal is made pursuant to FRCP 41 (a).

Dated: June 13, 2008        s/ Thomas P. Riley
                            LAW OFFICES OF THOMAS P. RILEY
                            By: Thomas P. Riley
                            Attorneys for Plaintiff
                            J & J Sports Productions, Inc.

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

Page 1

# PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030-3227. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On June 13, 2008 I served:

**NOTICE OF VOLUNTARY DISMISSAL**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope and following ordinary business practices, said envelope was personally served upon:

Mr. Kenneth W. Jenner, Esquire          Attorneys for Defendants
LAW OFFICES OF KENNETH W. JENNER
3704 Mt. Diablo Blvd., Suite 300
Lafayette, CA 94549

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on June 13, 2008, at South Pasadena, California.

Dated: June 13, 2008                    *s/Terry Houston*
                                        **TERRY HOUSTON**